IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL JOSEPH MCCORMICK**  PLAINTIFF

**VERSUS**  **CIVIL ACTION NO. 1:08CV135HSO-JMR**

**DAVID ALLISON**  DEFENDANT

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendations [22] of Chief United States Magistrate Judge John M. Roper entered in this cause on February 4, 2009. The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, this matter be, and is hereby, dismissed with prejudice pursuant to FED. R. CIV. P. 12(b)(6).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of Court mail, via certified mail, a copy of the Order Adopting Report and Recommendations and this Final Judgment to Plaintiff at his last known address.

**SO ORDERED AND ADJUDGED**, this the 1st day of May, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE